1

2

3                          UNITED STATES DISTRICT COURT

4                         NORTHERN DISTRICT OF CALIFORNIA

5

6    STEVEN WAYNE BONILLA,                    Case Nos.  25-cv-4482-PJH

7              Plaintiff,                                25-cv-4527-PJH
                                                         25-cv-4568-PJH
8         v.                                             25-cv-4711-PJH
                                                         25-cv-4894-PJH
9    U.S. DISTRICT COURT NORTHERN                        25-cv-4895-PJH
10   DISTRICT JUDGES AND COURT                           25-cv-5198-PJH
     CLERKS et. al.,
11             Defendants.                               25-cv-5199-PJH
                                                         25-cv-5200-PJH
12                                                       25-cv-5248-PJH
13                                                       25-cv-5249-PJH
                                                         25-cv-5251-PJH
14                                                       25-cv-5252-PJH
15                                                       25-cv-5253-PJH
                                                         25-cv-5254-PJH
16                                                       25-cv-5255-PJH
17                                                       25-cv-5256-PJH
                                                         25-cv-5257-PJH
18                                                       25-cv-5295-PJH
19                                                       25-cv-5297-PJH
20                                                       25-cv-5300-PJH
21

22                                          ORDER DISMISSING MULTIPLE
                                            CASES WITH PREJUDICE
23

24

25        Plaintiff, a state prisoner, filed multiple pro se civil rights complaints under 42

26   U.S.C. § 1983.  Plaintiff is a condemned prisoner who also has a pending federal habeas

27   petition in this court with appointed counsel.  *See Bonilla v. Ayers*, Case No. 08-0471

28

*United States District Court*
*Northern District of California*

1    YGR.  Plaintiff is also represented by counsel in state court habeas proceedings.  *See In*

2    *re Bonilla*, Case No. 20-2986 PJH, Docket No. 1 at 7.

3         Plaintiff presents nearly identical claims in these actions.  He names as

4    defendants various federal and state courts and government agencies.  He seeks relief

5    regarding his underlying conviction or how his other cases were handled by the state and

6    federal courts.

7         To the extent that plaintiff seeks to proceed *in forma pauperis* (IFP) in these cases,

8    he has been disqualified from proceeding IFP under 28 U.S.C. § 1915(g) unless he is

9    "under imminent danger of serious physical injury" at the time he filed his complaint.  28

10   U.S.C. 1915(g); *In re Steven Bonilla*, Case No. 11-3180 CW; *Bonilla v. Dawson*, Case

11   No. 13-0951 CW.

12        The allegations in these complaints do not show that plaintiff was in imminent

13   danger at the time of filing.  Therefore, he may not proceed IFP.  Moreover, even if an

14   IFP application were granted, his lawsuits would be barred under *Heck v. Humphrey*, 512

15   U.S. 477, 486-87 (1994), *Younger v. Harris*, 401 U.S. 37, 43-54 (1971), *Demos v. U.S.*

16   *District Court*, 925 F.2d 1160, 1161-62 (9th Cir. 1991) or *Mullis v. U.S. Bankruptcy Court*,

17   828 F.2d 1385, 1393 (9th Cir. 1987).  Accordingly, the cases are dismissed with

18   prejudice.  The court notes that plaintiff has an extensive history of filing similar frivolous

19   cases.[1]

20        Furthermore, these are not cases in which the undersigned judge's impartiality

21   might be reasonably questioned due to the repetitive and frivolous nature of the filings.

22   *See United States v. Holland*, 519 F.3d 909, 912 (9th Cir. 2008) (absent legitimate

23   reasons to recuse himself or herself, a judge has a duty to sit in judgment in all cases

24   assigned to that judge).[2]

25   _____

26   [1] The undersigned is the fourth judge assigned cases filed by plaintiff.  This is the 76th
     order issued by the undersigned since April 30, 2020, pertaining to 1,116 different cases.

27   Plaintiff filed 962 other cases with the three other judges since 2011.
     [2] Plaintiff names the Northern District as a defendant in two of these cases, though

28   presents no specific allegations.  *See* Case Nos. 25-4482; 25-4527.  Plaintiff does not
     seek recusal, nor is recusal warranted considering the frivolous nature of the cases.

United States District Court
Northern District of California

1   The clerk shall terminate all pending motions and close these cases.  The clerk

2   shall return, without filing, any further documents plaintiff submits in these closed cases.

3   **IT IS SO ORDERED.**

4   Dated: June 30, 2025

6      _/s/ Phyllis J. Hamilton_

7   PHYLLIS J. HAMILTON
United States District Judge

United States District Court
Northern District of California